# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1788
L.T. Case No. 2010-CF-008119-A

_____

MICHAEL A. RODGERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Michael A. Rodgers, Crestview, pro se.

Ashley Moody, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.

November 26, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, KILBANE, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————